Anthony T. King (#027459)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: aking@swlaw.com
Attorneys for *Defendant T-Mobile USA Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Joshua Niu, *et al.*, | CV-16-02227-PHX-JJT |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| T-Mobile US Incorporated, | |
| Defendant. | |

Notice is hereby given that Defendant T-Mobile USA, Inc., erroneously sued as T-Mobile US Incorporated, has reached a settlement with Plaintiffs Joshua Niu and Amy Elizabeth Niu.

DATED this 9th day of September, 2016.

By  /s/ Anthony T. King
Anthony T. King
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
*Attorneys for Defendant T-Mobile USA Inc.*

WCSR 35222045v5

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Eduardo Joel Celaya
>Law Office of Eduardo J. Celaya PLLC
>2942 North 24th Street, Suite 114
>Phoenix, AZ 85016
>*Attorneys for Plaintiff*

/s/ Becky Kinningham

24812367

- 2 -

WCSR 35222045v5