NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Niu, *et al.*, <br><br>          Plaintiffs, <br><br> v. <br><br> T-Mobile US Incorporated, <br><br>          Defendant. | No. CV-16-02227-PHX-JJT <br><br> **ORDER** |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Doc. 16) and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation (Doc. 16). All claims asserted by Plaintiffs in this action against T-Mobile USA, Inc., erroneously sued as T-Mobile US Incorporated, are hereby dismissed with prejudice, each party to bear their own costs, attorneys' fees, and expenses.

Dated this 6th day of October, 2016.

_____
Honorable John J. Tuchi
United States District Judge